**SEALED**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ET AL.,<br><br>          Plaintiffs,<br><br>     v.<br><br>JOHNSON & JOHNSON and JANSSEN BIOTECH, INC.,<br><br>          Defendants. | No.  2:16-CV-00057 JAM-AC<br><br>**RECUSAL ORDER** |

    Upon examination of the above-captioned action, the undersigned judge disqualifies himself.

    Good cause appearing therefor,

    IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

    IT IS FURTHER ORDERED that all pending dates before Judge Mendez should be vacated, to be reset by the judge that is re-assigned.

    IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings and that the Clerk of the Court make appropriate adjustment in the

1

assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: January 12, 2016

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge