**SEALED**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, et al., ex rel. TUESDAY WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON and JANNSEN BIOTECH, INC.,<br><br>Defendants. | No.  2:16-cv-0057-KJM-AC<br><br>ORDER<br><br>UNDER SEAL |

Plaintiff relator's request to seal under 31 U.S.C. § 3730(b)(2), ECF No. 2, is GRANTED as follows: (1) plaintiff relator may file the complaint in camera and under seal; (2) the complaint is deemed filed on January 11, 2016; (3) the complaint and all other filings in this case shall remain under seal for sixty days unless the Government moves for an extension under 31 U.S.C. § 3730(b)(3) and the court orders the seal be lifted; and (4) the complaint shall not be served on the defendants unless this court orders.

IT IS SO ORDERED.

DATED: January 20, 2016

_____
UNITED STATES DISTRICT JUDGE