UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. TUESDAY WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON and JANSSEN BIOTECH, INC.,<br><br>Defendants. | No. 2:16-cv-0057-KJM-AC<br><br><br>ORDER |

The United States' ex parte application for a six-month extension of the intervention deadline and seal period is GRANTED. The United States shall have through and including September 12, 2016, to notify the Court of its decision on whether to intervene in this action. The complaint and all other filings shall remain under seal until the United States notices its election, or until further order of this Court.

IT IS SO ORDERED.

DATED: March 14, 2016

_____
UNITED STATES DISTRICT JUDGE

1