PHILLIP A. TALBERT
Acting United States Attorney
EDWARD A. BAKER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
MICHAEL D. GRANSTON
JAMIE A. YAVELBERG
JENNIFER CIHON
U.S. Department of Justice
Room 9224
601 D Street, NW
Washington, DC 20004
Telephone: (202) 514-7371
Facsimile: (202) 514-7361

Attorneys for Plaintiff
United States of America

**SEALED**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *ex rel.*, TUESDAY WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON and JANSSEN BIOTECH, INC.,<br><br>Defendants. | NO. 2:16-cv-0057 KJM AC<br><br>ORDER ON UNITED STATES' *EX PARTE* APPLICATION FOR SECOND EXTENSION OF TIME TO DECIDE WHETHER TO INTERVENE AND EXTENSION OF SEAL<br><br>[FILED UNDER SEAL] |

Good cause appearing, the United States' second *ex parte* application for a six-month extension of the intervention deadline and seal period (ECF No. 18) is GRANTED. Accordingly, the United States shall have through and including March 13, 2017 to notify the court of its decision on whether to intervene in this action. Any future applications for an extension to decide whether to intervene must be accompanied by a detailed description of the progress of the investigation and a detailed statement showing good cause exists for the requested extension.

////

The complaint and all other filings shall remain under seal until the United States notices its election, or until further order of this court.

IT IS SO ORDERED.

DATE:  September 12, 2016

_____
UNITED STATES DISTRICT JUDGE