PHILLIP A. TALBERT
United States Attorney
EDWARD A. BAKER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

CHAD A. READLER
Acting Assistant Attorney General
MICHAEL D. GRANSTON
JAMIE A. YAVELBERG
JENNIFER CIHON
U.S. Department of Justice
Room 9224
601 D Street, NW
Washington, DC 20004
Telephone: (202) 514-7371
Facsimile: (202) 514-7361

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *ex rel.*, TUESDAY WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON and JANSSEN BIOTECH, INC.,<br><br>Defendants. | NO. 2:16-cv-0057 KJM AC<br><br>ORDER ON UNITED STATES' *EX PARTE* APPLICATION FOR THIRD EXTENSION OF TIME TO DECIDE WHETHER TO INTERVENE AND EXTENSION OF SEAL<br><br>[FILED UNDER SEAL] |

The United States' *ex parte* application for a six-month extension of the intervention deadline and seal period is GRANTED. The United States shall have through and including September 13, 2017, to notify the Court of its decision on whether to intervene in this action. The complaint and all other filings shall remain under seal until the United States notices its election, or until further order of this Court. The United States shall continue to provide detailed explanations for any further extension requests.

IT IS SO ORDERED.

DATE:  April 6, 2017.

_____
UNITED STATES DISTRICT JUDGE