# SEALED

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ex rel., TUESDAY WILLIAMS, | NO. 2:16-cv-0057 KJM AC |
| Plaintiffs, | |
| v. | ORDER |
| JOHNSON & JOHNSON and JANSSEN BIOTECH, INC., | |
| Defendants. | |

Upon consideration of the United States' *ex parte* application for a fourth extension of the seal period, the Court hereby rules as follows:

1. The United States has shown good cause for an additional 180-day extension. As a result, the United States shall have through and including March 13, 2018, to notify the Court of its decision on whether to intervene in this action;

2. The complaint and all other filings shall remain under the seal provisions currently in effect until the United States notices its election, or until further order of this Court;

3. If the United States seeks a further extension, they should include a detailed explanation of the request, which will be subject to this court's scrutiny. *U.S. ex. rel. Costa v. Baker & Taylor, Inc.*, 955 F. Supp. 1188, 1190-91 (N.D. Cal. 1997) (explaining that the public

1

1  has an interest in open court records and the period during which the government may keep the
2  complaint sealed was not intended to be indefinite); and
3      4. Any status (pretrial scheduling) conference shall be set for a time after the
4  United States notifies the Court of its decision on whether to intervene in this action.
5      IT IS SO ORDERED.
6  DATE:  September 15, 2017.

_____
UNITED STATES DISTRICT JUDGE