UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *ex rel.*, TUESDAY WILLIAMS,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>JOHNSON & JOHNSON and JANSSEN BIOTECH, INC.,<br><br>　　　　　Defendants. | NO. 2:16-cv-0057 KJM AC<br><br>ORDER ON UNITED STATES' *EX PARTE* APPLICATION FOR FIFTH EXTENSION OF TIME TO DECIDE WHETHER TO INTERVENE AND EXTENSION OF SEAL<br><br>[FILED UNDER SEAL] |

Upon consideration of the United States' *ex parte* application for a fifth extension of the seal period, the Court hereby rules as follows:

1.　The United States has shown good cause for an additional 62-day extension. As a result, the United States shall have through and including May 14, 2018, to notify the Court of its decision on whether to intervene in this action;

2.　The complaint and all other filings shall remain under the seal provisions currently in effect until the United States notices its election, or until further order of this Court;

3.　If the United States seeks a further extension, they should include a detailed explanation of the request, which will be subject to this court's scrutiny. *U.S. ex rel. Costa v. Baker & Taylor, Inc.,* 955 F. Supp. 1188, 1190-91 (N.D. Cal. 1997) (explaining that the public has an interest in open court

records and the period during which the government may keep the complaint sealed was not intended to be indefinite); and

4. Any status (pretrial scheduling) conference shall be set for a time after the United States notifies the Court of its decision on whether to intervene in this action.

IT IS SO ORDERED.

DATE: March 19, 2018.

_____
UNITED STATES DISTRICT JUDGE