UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, THE STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, THE DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, COMMONWEALTH OF MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, THE STATE OF TENNESSEE, TEXAS, VERMONT, COMMONWEALTH OF VIRGINIA, and WASHINGTON, ex rel. TUESDAY WILLIAMS, <br><br>          Plaintiffs, <br><br>    v. <br><br>JOHNSON & JOHNSON and JANSSEN BIOTECH, INC., <br><br>          Defendant. | No. 2:16-cv-0057 KJM AC <br><br> ORDER |

       The states of California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Michigan, Minnesota, Montana, Nevada, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, Washington, the District of Columbia, and the Commonwealths of

1

Massachusetts and Virginia (collectively, "plaintiff states") have declined to intervene in this qui tam action. The court orders as follows:

(1) For good cause shown, the plaintiff states may later elect to intervene, to the extent provided by their false claims acts;

(2) Because the State of Maryland has declined to intervene in this matter, all claims asserted on behalf of Maryland are dismissed without prejudice. *See* Md. Code Ann., Health Gen, § 2-604(a)(7);

(3) All pleadings and motions filed in this action, as well as all orders, shall be served upon the State of California, which shall disseminate those papers to other plaintiff states when appropriate;

(4) Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the plaintiff states shall be notified and shall have the right to comment and be heard;

(5) The plaintiff states' notice of election to decline intervention and accompanying proposed order, ECF No. 35, are UNSEALED; and

(6) All other currently sealed documents will remain under TEMPORARY SEAL pending further order of this court.

IT IS SO ORDERED.

Dated: July 2, 2018.

_____
UNITED STATES DISTRICT JUDGE