# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., TUESDAY WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON and JANSSENBIOTECH, INC.,<br><br>Defendants. | No. 2:16-cv-00057-KJM-AC<br><br><br>ORDER |

The court has received plaintiff Tuesday Williams' request to voluntarily dismiss all remaining claims without prejudice. ECF No. 38. The United States and the States have all consented to the dismissal. ECF Nos. 37, 39.

Accordingly, the court ORDERS that all remaining claims are dismissed without prejudice. Unless good cause is shown within seven days, all temporarily sealed filings in this action will be UNSEALED and the Clerk of the Court will be directed to close this case.

DATED: July 31, 2018.

_____
UNITED STATES DISTRICT JUDGE

1