# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, ex rel., TUESDAY WILLIAMS, | No. 2:16-cv-00057-KJM-AC |
|---|---|
| Plaintiffs, | ORDER |
| v. | |
| JOHNSON & JOHNSON and JANSSENBIOTECH, INC., | |
| Defendant. | |

On July 31, 2018, the court dismissed this case without prejudice and advised that, absent good cause shown within seven days, the entirety of this action would be unsealed and the case would be closed. ECF No. 40. The seven-day deadline has passed without a response from any party. All filings are therefore UNSEALED and the clerk is directed to CLOSE this case.

IT IS SO ORDERED.

DATED: September 24, 2018.

_____
UNITED STATES DISTRICT JUDGE

1